## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, | : | |
| | : | |
| vs. | | Case No. 2:24-mj-485 |
| | : | |
| TERRANCE A. CUMMINGS | : | MAGISTRATE JUDGE VASCURA |
|         Defendant. | | |
| | : | |

## DEFENSE MOTION FOR A DETENTION HEARING

Now comes the defendant, Terrance A. Cummings, through counsel and respectfully moves this Court to set a detention hearing the week of February 3rd through the 7th, 2025.  Mr. Cummings previously waived his right to a detention hearing to be held at a later date.  ECF No. 13.

        Respectfully submitted,

        JOSEPH MEDICI
        FEDERAL PUBLIC DEFENDER

        /s/ Stacey MacDonald
        Joseph Medici (OH 86666)
        Federal Public Defender
        Stacey MacDonald (WA 35394)
        Assistant Federal Public Defender
        10 West Broad Street, Suite 1020
        Columbus, Ohio 43215-3469
        Telephone: (614) 469-2999
        Facsimile: (614) 469-5999
        Joseph_Medici@fd.org
        Stacey_MacDonald@fd.org

        Attorneys for Defendant
        Terrance A. Cummings

## **MEMORANDUM IN SUPPORT OF MOTION**

Terrance A. Cummings was charged by criminal complaint on October 8, 2024, with Sexual Exploitation of a Minor; Possession, Distribution and/or Receipt of Child Pornography; Coercion and Enticement of a Minor and Obstruction of Justice.   On October 15, 2024, Mr. Cummings filed a waiver of his right to a detention hearing and agreed to be detained pending the ability to address release in the future.  *See* ECF No. 13.

At this time, Mr. Cummings exercises his right to have a detention hearing in this smatter.  The defense counsel request the Court set the hearing for a date the first week in February.

**WHEREFORE,** for the reasons set forth above, Mr. Cummings respectfully requests this Court to schedule a detention hearing in this matter.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Joseph Medici (OH 86666)
Federal Public Defender
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Jospeh_Medici@fd.org
Stacey_MacDonald@fd.org

Attorneys for Defendant
Terrance A. Cummings

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender